FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0595

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0595

_____

IN RE THE MARRIAGE OF:

MARK SWANK,

      Petitioner and Appellee,

  and

CINDY MORRISON, f/k/a CINDY SWANK,

      Respondent and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020